**Electronically Filed
Supreme Court
SCWC-24-0000145
20-NOV-2024
07:58 AM
Dkt. 5 ODSAC**

SCWC-24-0000145

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

LEROY LEE BOLDEN,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000145; CASE NO. 1CCV-23-0000188)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Leroy Lee Bolden's application for writ of

certiorari is hereby dismissed.

DATED: Honolulu, Hawai'i, November 20, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens